UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PHILLIP ROY BARBEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:14-CV-424-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 26, 2015, and Copies To:**

| | |
|---|---|
| Christa A. McGill | (via CM/ECF Notice of Electronic Filing) |
| Cathleen C. McNulty | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| August 26, 2015 | (By) /s/ Crystal Jenkins |
| | Deputy Clerk |